UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| CHARLES AND IRENE YATES ) | |
| ) | |
| Plaintiffs, ) | No.: 3-12-CV-0405 |
| v. ) | |
| ) | (Reeves/Shirley) |
| FIDELITY NATIONAL PROPERTY AND ) | |
| CASUALTY INSURANCE COMPANY ) | |
| ) | |
| Defendant. ) | |

## RULE 41(a) JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW INTO COURT, through undersigned counsel of record, comes the Plaintiffs, Charles and Irene Yates, and Defendant, Fidelity National Property and Casualty Insurance Company, who each and all do hereby stipulate and agree that all claims in the above-referenced cause have been resolved and that the above-referenced matter may be dismissed with prejudice, each party to bear its own costs.

WHEREFORE, Plaintiffs, Charles and Irene Yates and Defendant, Fidelity National Property and Casualty Insurance Company, pray that the Court issue an Order dismissing this matter in full, with prejudice, and with each party to bear its own attorneys' fees and costs.

Dated: April 16, 2014.

Respectfully submitted:

| Patrick, Beard, Schulman & Jacoway, P.C | Nielsen, Carter & Treas, LLC |
|---|---|
| By: /s/ Steven M. Jacoway<br>Steven M. Jacoway, BPR #012129<br>Local Counsel for Fidelity National Property<br>and Casualty Insurance Company<br>537 Market Street, Suite 202<br>Chattanooga, TN 37402<br>P: (423) 756-7117<br>F: (423) 267-5032<br>Email: sjacoway@pbsjlaw.com<br><br>AND | By: s/ Joseph J. Aguda, Jr.<br>Joseph J. Aguda, Jr., La. S.B. 27762<br>Admitted pro hac vice<br>National Counsel for Fidelity National<br>Property and Casualty Insurance Company<br>3838 N. Causeway Blvd. Suite 2850<br>Metairie, Louisiana 70002<br>P: (504) 837-2500<br>F: (504) 832-9165<br>E-mail: jaguda@nct-law.com |

AND

O'Neil, Parker & Williamson, PLLC

By: <u>s/ N. Craig Strand</u>
    N. Craig Strand, BPR #028381
    Counsel for Charles & Irene Yates
    7610 Gleason Drive, Suite 200
    Knoxville, TN 37919
    P: (865) 546-7190
    F: (865) 546-0789
    E-mail: cstrand@opw.com

F:\WpDocs\CLIENT\F\Fidelity National\Yates v\Pldgs\stipulation of dismissal.doc