UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | | |
|---|---|---|
| CHARLES AND IRENE YATES | ) | |
| | ) | |
| Plaintiffs, | ) | No. 3:12-CV-0405 |
| v. | ) | |
| | ) | (Reeves/Shirley) |
| FIDELITY NATIONAL PROPERTY AND | ) | |
| CASUALTY INSURANCE COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Considering the foregoing Rule 41(a) Joint Stipulation of Dismissal with Prejudice;

IT IS ORDERED that all claims of Plaintiffs, Charles and Irene Yates, against Fidelity National Property and Casualty Insurance Company are hereby dismissed, with prejudice, each party to bear its own costs.

This __17__ day of ____April____, 2014.

_____
UNITED STATES DISTRICT JUDGE